## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | **WITNESS LIST** |
| --- | --- | --- |
| | ) | BEFORE: Joseph F. Bataillon |
| Plaintiff, | ) | U.S. District Judge |
| v. | ) | |
| | ) | Case: 8:04cr384 |
| | ) | Deputy: Tracy Slagle |
| | ) | Court Reporter: Allan Kuhlman |
| JEROME BASS, | ) | |
| | ) | |
| Defendant, | ) | |

Trial Held : September 19, 2005 - September 26, 2005

**FOR PLAINTIFF:**

| **Name** | **Date** |
| --- | --- |

| **Name** | **Date** |
| --- | --- |
| Jeffrey Gassaway | September 19, 2005 |
| Jeffrey Gassaway | September 20, 2005 |
| Terrell Jackson | September 20, 2005 |
| Jacara Baker | September 20, 2005 |
| Deandre Baker | September 20, 2005 |
| Karlos Harper | September 21, 2005 |
| Damian Jackson | September 21, 2005 |
| Royce Brown | September 21, 2005 |
| Antone Green | September 21, 2005 |
| Jerry Coleman | September 21, 2005 |
| Mark Langan | September 21, 2005 |
| Jacob Ritoyna (Rebuttal) | September 22, 2005 |
| Karlos Harper (Rebuttal) | September 22, 2005 |
| Jerry Coleman (Rebuttal) | September 22, 2005 |

| Jeffrey Gassaway (Rebuttal) | September 22, 2005 |

**FOR DEFENDANT:**

| Name | Date |
|---|---|
| Bobby Johnson | September 21, 2005 |
| Gregory Tripp | September 21, 2005 |
| Jerome Bass | September 21, 2005 |
| Jerome Bass | September 22, 2005 |
| Lamar Bass | September 22, 2005 |
| JeVaughn Erwin (Surrebuttal) | September 22, 2005 |