IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR384 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEROME BASS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion to Amend 28 U.S.C. § 2255 Motion (Filing No. 188). The United States has not yet filed a response to the Defendant's pro se § 2255 motion, filed on March 16, 2009. The Court finds that the Defendant's Motion to Amend should be granted.

THEREFORE, IT IS ORDERED:

1. The Defendant's Motion to Amend 28 U.S.C. § 2255 Motion (Filing No. 188) is granted;

2. The Defendant shall file his amended § 2255 motion within 30 days of the date of this Order;

3. The United States shall file an answer to the Defendant's amended § 2255 motion, supported by a brief, within 30 days of the filing of the amended motion; and

4. The Defendant shall have 30 days from the filing of the government's answer and brief to file a reply brief.

DATED this 29th day of May, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge