IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR384 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| JEROME BASS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is hereby entered in favor of the defendant and against the plaintiff.

DATED this 24th day of March, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge